No. — — —.  LOWRY *v.* RUBIN, JUDGE; and

No. — — —.  ROGERS *v.* GUERRERO ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1465.  IN RE DISBARMENT OF GOODMAN.  Disbarment entered.  [For earlier order herein, see *ante*, p. 984.]

No. D–1469.  IN RE DISBARMENT OF BONETA.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1037.]

No. D–1497.  IN RE DISBARMENT OF SKINNER.  It is ordered that Truman A. Skinner, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1498.  IN RÉ DISBARMENT OF WHITE.  It is ordered that David Garth White, of Cedar Key, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 105, Orig.  KANSAS *v.* COLORADO.  Exceptions to the Report of the Special Master set for oral argument in due course. [For earlier order herein, see, *e. g., ante*, p. 803.]

No. 108, Orig.  NEBRASKA *v.* WYOMING ET AL.  Motion of Basin Electric Power Cooperative for leave to file a reply to certain Exceptions to the Report of the Special Master granted. Motion of Platte River Trust for leave to file a response to Wyoming's Second Exception to the Report of the Special Master granted.  Exceptions to the Report of the Special Master set for oral argument in due course.  [For earlier order herein, see, *e. g., ante*, p. 997.]

No. 94–431.  RYDER *v.* UNITED STATES.  C. A. Armed Forces. [Certiorari granted, *ante*, p. 1071.]  Motion of petitioner to dispense with printing the joint appendix granted.